Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Rick A. Mula
Assistant Federal Public Defender
Illinois State Bar No. 6331934
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Rick_Mula@fd.org

Attorney for Defendant Wendal Allen Delong

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | Case No. 2:23-mj-00092-DJA |
| v. | **Stipulation and ~~Proposed~~ Order** |
| Wendal Allen Delong, | |
| Defendant. | |

### Stipulation

Mr. Delong was charged by complaint on February 3, 2023, with two counts: (1) Operating a Motor Vehicle while Under the Influence of Drugs (a violation of 36 C.F.R. § 4.23(a)(1)); and (2) Driving with a Revoked Driver's License (a violation of 36 C.F.R. § 4.2(b), incorporating NRS § 483.560(1)). (ECF No. 1.)

Mr. Delong entered a plea agreement (ECF No. 18) on November 8, 2023. Under that agreement, Mr. Delong pleaded guilty to Count One. (ECF No. 17.) Count Two was dismissed. (*Id.*) Mr. Delong was sentenced on Count One as follows: "Defendant is sentenced to unsupervised probation for one year; $800.00 fine and $10.00 penalty assessment; attend and complete lower court DUI course and victim

impact panel; complete an eight (8) hour online alcohol awareness course; and restricted from Lake Mead National Recreational Area for six months. If the defendant successfully completes his obligations within the first six months of unsupervised probation, the court will allow the defendant to withdraw his guilty plea to count one and the government will move to amend count one to reckless driving, see plea agreement." (*Id.*)

Mr. Delong now has completed the special conditions of his unsupervised probation. Accordingly, the parties agree that Count One should be amended to Reckless Driving, and the status conference set for June 7, 2024, at 11:30 AM should be vacated.

Dated May 31, 2024.

Respectfully submitted,

| | |
|---|---|
| Rene L. Valladares | Jason Frierson |
| Federal Public Defender | United States Attorney |
| | |
| */s/ Rick Mula* | */s/ Randolph J. St. Clair* |
| Rick Mula | Randolph J. St. Clair |
| Assistant Federal Public Defender | Assistant United States Attorney |

**Order**

The Court finds that Mr. Delong has completed the special conditions of his unsupervised probation in accordance with his plea agreement and sentence.

IT IS THEREFORE ORDERED that Mr. Delong is permitted to withdraw his guilty plea to Count One: Operating a Motor Vehicle Under the Influence.

IT IS FURTHER ORDERED that the Court, consistent with the plea agreement and sentence, enters a plea of guilty to Amended Count One: Reckless Driving.

IT IS FURTHER ORDERED that the status conference set for June 7, 2024, at 11:30 AM is vacated.

DATED this __3rd__ day of June, 2024.

_____
UNITED STATES MAGISTRATE JUDGE